IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>YARILSA LOZADA CRUZ<br><br>DEBTOR | CASE NO. 18-00044 MCF<br><br><br><br>CHAPTER 13 |

**DEBTOR'S REPLY TO *MOTION OBJECTION TO CONFIRMATION OF PLAN*
FILED BY BANCO POPULAR DE PUERTO RICO DOCKET NO. 9**

**TO THE HONORABLE COURT:**

COMES NOW, YARILSA LOZADA CRUZ, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Banco Popular De Puerto Rico filed a *Motion Objecting to Confirmation of Plan*, Docket No. 09.

2. The Debtor respectfully submits that on June 13, 2018, the Debtor filed an *Amended Chapter 13 Plan*, Docket 20, this amendment provides for the pre-petition arrears ($2,164.67) with Banco Popular De Puerto Rico.

3. With this *Amended Chapter 13 Plan* (Docket No. 20) the Debtor respectfully understands that the issues raised by Banco Popular De Puerto Rico in its *Motion Objection to Confirmation of Plan* were cured.

**WHEREFORE**, the Debtor requests this Honorable Court to deny the *Motion Objection to Confirmation of Plan* (Docket No, 09) filed by Banco Popular De Puerto Rico, in the present case.

Page -2-
Case No. 18-00044 MCF13
Debtors' Reply to Objection to Plan

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: the Debtor, Yarilsa Lozada Cruz; and all creditors and parties in interest, in the above captioned case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 13th day of June, 2018.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com